IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Shapel Magnuson,<br><br>        Petitioner,<br><br>vs.<br><br>John Ontiveros; et al.,<br><br>        Respondents. | No. CV-06-3045-PHX-ROS<br><br>**ORDER** |

      Pending is Petitioner's Motion for Immediate Release (Doc. 27) and Motion for Release (Doc. 36). On March 5, 2008, Magistrate Judge Jay Irwin filed a report and Recommendation ("R&R") recommending that both motions be denied. (Doc. 63) No objections were filed by either party.

      The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1  of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
2  made, the Court will adopt the R&R in full.
3     Accordingly,
4     **IT IS ORDERED** the Report and Recommendation (Doc. 63) is **ADOPTED**.
5     **IT IS FURTHER ORDERED** Petitioner's Motion for Immediate Release (Doc. 27)
6  is **DENIED**.
7     **IT IS FURTHER ORDERED** Petitioner's Motion for Release (Doc. 36) is
8  **DENIED**.
9     DATED this 28th day of March, 2008.

_____
Roslyn O. Silver
United States District Judge